KATE KLEIN, as Administratrix of the Estate of JACOB KLEIN, Deceased, Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant.— In an action to recover damages by reason of the death of plaintiff's intestate, alleged to have been caused by the defendant's negligence in the operation of one of its trains, defendant appeals from a judgment in favor of plaintiff after a trial without a jury. Judgment affirmed, with costs. (*Noseworthy* v. *City of New York*, 298 N. Y. 76.) Carswell, Sneed and MacCrate, JJ., concur; Nolan, P. J., dissents and votes to reverse the judgment and to dismiss the complaint, with the following memorandum: In my opinion the circumstances surrounding the accident and its cause are left entirely to conjecture, and the facts established are not sufficient to justify an inference that the accident was caused by appellant's negligence. Adel, J., concurs with Nolan, P. J. [199 Misc. 532.]